Record of Conference and Orders: Vera M. Scanlon, USMJ            Date: 2/26/2016

Case: Hernandez v. Blugeot LLC et al
Civ. A. 15-3665 (SJ)(VMS)
ECF Recording in 504N:       ☑ Telephone Conference       ☐ In-person Conference

3:35-3:59

Counsel: *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☑ Motions decided on the record     [18] is granted as stated on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder           ☐ To be served      ☐ To be filed
    ☐ Complaint ☐ Answer                    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference                          Date:          Time:
    ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated           ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                      Date:          Time:

Page 1 of 2

Vera M. Scanlon, USMJ

**Conference Orders, Continued**

Case: Hernandez             Civ. A. 15-3665

Date: 2/26/2016

**Additional Orders:**

The settlement is approved as fair and reasonable as stated on the record

Page 2 of 2