# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

March 31, 2016

**VIA ECF**

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

      Re:   *Mateo Hernandez v. Blugeot LLC, et ano.*
              15 Civ. 3665 (SJ)(VMS)

Dear Judge Scanlon:

      We are the attorneys for the plaintiff Mateo Hernandez in the above-referenced matter and we submit this letter to Your Honor because to date defendants have not complied with the terms of settlement of this case.

      Defendants have failed to make payment of the settlement amount of $5,000, which was agreed to by all parties and deemed fair and reasonable by Your Honor on March 4, 2016. The $5,000 payment was due within ten days of the approval of the settlement agreement by the Court and therefore should have been paid by March 14, 2016. Plaintiff's counsel has reached out to defendants' counsel repeatedly via phone and email requesting that the settlement payment be made. Defendants' counsel has been unable to secure payment from defendants.

      We respectfully request the Court's assistance with this matter. We ask that defendants be So Ordered to submit an explanation as to why they should not be held in contempt of court. Furthermore, per the settlement agreement signed by all parties, in addition to payment of the past due amount of $5,000 we request that defendants be ordered to pay the cost of plaintiff's attorneys fees accrued enforcing the terms of the settlement.

      We thank the Court for its consideration of this matter.

                                         Respectfully submitted,

                                         Laura Rodríguez

cc: Counsel for Defendants (via ECF)